**CORRECTED**

# In the United States Court of Federal Claims

No. 17-957C

(Filed: October 2, 2020)

|  |  |
|---|---|
| **DOUG OMMEN, in his capacity as Liquidator of CoOportunity Health, Inc., and DAN WATKINS, in his capacity as Special Deputy Liquidator of CoOportunity Health, Inc.,** | ) ) ) ) ) ) ) |
| *Plaintiffs* | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

Pursuant to the Stipulation for Entry of Judgment (ECF 52) filed by the parties on October 2, 2020, the Clerk is directed to enter judgment for the plaintiff, Doug Ommen, in his capacity as Liquidator of CoOpportunity Health, Inc., in the amount of $135,188,869.02, and for the United States in the amount of $10,318,810.28.

The judgment in favor of the United States shall be satisfied through deduction from the amount to be paid to the plaintiff upon submission of the judgment to the Judgment Fund. The net amount payable to the plaintiff pursuant to the judgment shall be $124,870,058.74.

The Clerk is further directed to enter judgment dismissing the remaining Counts II-VII of the Amended Complaint (ECF 20) with prejudice.

The Clerk is further directed to close the case upon entry of the judgment.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**